AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Any and all funds in Bank of America account
number             held/maintained in the
name of

**SEIZURE WARRANT**

CASE NUMBER: 07-2 0 0-M-01

TO: Director, United States Postal Inspection Service, and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Postal Inspector Jan Kostka</u> who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds in Bank of America account number
held/maintained in the name of

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 0 4 2007

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D. C.

*/s/ John M. Facciola*

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>June 4, 2007 | DATE AND TIME WARRANT EXECUTED<br>June 4, 2007  10 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Rodney E. Coleman, AVP Bank of America |
| INVENTORY MADE IN THE PRESENCE OF  JAN KOSTKA |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>Bank of America cashier's check No              in the amount $27,026.53 payable to U.S. Postal Inspection Svc.<br><br>FILED<br>JUN 1 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |||

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*x* _Jan K_____

Subscribed, sworn to, and returned before me this date.

_____   06/11/07
U.S. Judge or U.S. Magistrate Judge           Date